**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**$92,447.00 in U.S. CURRENCY,**

**Defendant.**

**1:25-CV-929**
**(FJS/PJE)**

---

**FINAL ORDER OF FORFEITURE**

After consideration of the Untied States' motion for a default judgment and Final Order of Forfeiture pursuant to Ruel 55(b)(2) of the Federal Rules of Civil Procedure and this District's General Order #15, the Court hereby

**ORDERS** that the motion, *see* Dkt. No. 9, is **GRANTED**; and the Court further

**ORDERS** that the Defendant Currency is hereby forfeited to the United States; and the Court further

**ORDERS** that any claims to the Defendant Currency are forever barred; and the Court further

**ORDERS** that the Clerk of the Court shall enter Judgment of Default against the Defendant Currency.

**IT IS SO ORDERED.**

Dated: September 18, 2026
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge